# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| **Allen Hartoonian** | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 1:25-CV-01652-KMN |
| **NRA Group, LLC** | ) ) ) ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Emilie Heath, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to NRA GROUP, LLC in Dauphin County, PA on September 5, 2025 at 3:54 pm at 2491 Paxton Street, Harrisburg, PA 17111 by leaving the following documents with Ashley Johnson who as Director of collections is authorized by appointment or by law to receive service of process for NRA GROUP, LLC.

Summons and Complaint

White Female, est. age 35-44, glasses: N, Blonde hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.2551773402,-76.8452559391
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  Dauphin County ,
  PA    on   9/8/2025  .

/s/ *Emilie Heath*
_____
Signature
Emilie Heath
+1 (717) 678-2523



Exhibit 1a)