# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN HARTOONIAN, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 1:25-cv-01652-KMN (District Judge Keli M. Neary) |
| NRA GROUP, LLC, | : : | |
| Defendant. | : | |

## DEFENDANT NRA GROUP, LLC'S MOTION TO EXTEND THE TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Defendant NRA Group, LLC ("Defendant") by and through its undersigned counsel, hereby submits Defendant's Motion to Extend the Time for Defendant to answer, move, or otherwise plead to Plaintiff Allen Hartoonian's ("Plaintiff") Complaint and states as follows:

1. Plaintiff commenced this action on September 3, 2025. (Doc. 1).

2. Defendant was served with the Complaint on September 5, 2025. (Doc. 6).

3. Defendant's deadline to answer, move, or otherwise plead to the Complaint was September 26, 2025. (Doc. 6).

4. Defendant has filed this Motion to respectfully request an extension of the deadline for Defendant to answer, move, or otherwise plead to Plaintiff's Complaint to November 6, 2025.

1

5.      Undersigned counsel for Defendant has communicated with counsel for Plaintiff regarding this Motion, and Plaintiff consents to the requested relief.

6.      Federal Rule of Civil Procedure 6(b)(1)(B) gives the Court discretion to extend a deadline for good cause after the deadline expires if the party failed to act because of excusable neglect. The deadline to answer, move, or otherwise plead has expired. There is good cause to extend the deadline for Defendant to answer, move, or otherwise plead to Plaintiff's Complaint as undersigned counsel for Defendant was just retained on October 16, 2025.  This extension will allow Defendant to have additional time to review and investigate Plaintiff's claims and determine the appropriate response to Plaintiff's Complaint.

7.      This is Defendant's first request for an extension of the deadline to answer, move, or otherwise plead to Plaintiff's Complaint.

8.      This Motion is not interposed for the purpose of any delay or prejudice.

**WHEREFORE,** Defendant respectfully requests that this Court extend the deadline for Defendants to answer, move, or otherwise plead to November 6, 2025.

    Respectfully submitted:

    **KAUFMAN DOLOWICH LLP**

By:   /s/ Monica M. Littman
      RICHARD J. PERR, ESQUIRE (PA 72883)
      MONICA M. LITTMAN, ESQUIRE (PA 94134)
      One Liberty Place
      1650 Market St., Suite 4800
      Philadelphia, PA  19103-1628
      (v) 215.501.7002; (f) 215.405.2973
      rperr@kafumandolowich.com
      mlittman@kaufmandolowich.com
      Attorneys for Defendant NRA Group, LLC

Dated:  October 17, 2025

## CERTIFICATE OF SERVICE

I, MONICA M. LITTMAN, ESQUIRE, hereby certify that on this date I caused to be served a true and correct copy of the foregoing via CM/ECF on the following:

Jeremy C. Jackson, Esquire
Bower Law Associates, PLLC
403 South Allen Street, Suite 210
State College, PA 16801
jjackson@bower-law.com

Attorney for Plaintiff

Anthony I. Paronich, Esquire
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Pro Hac Vice Attorney for Plaintiff

/s/ Monica M. Littman
MONICA M. LITTMAN, ESQUIRE

Dated: October 17, 2025