# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN HARTOONIAN, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : : | No. 1:25-cv-01652-KMN (District Judge Keli M. Neary) |
| NRA GROUP, LLC, | : : | |
| Defendant. | : | |

## CERTIFICATE OF CONCURRENCE

I, MONICA M. LITTMAN, ESQUIRE, hereby certify under Local Civ. R. 7.1 that I have sought the concurrence of Plaintiff in this Motion and Plaintiff does concur with this Motion.

    Respectfully submitted:

    **KAUFMAN DOLOWICH, LLP**

By:   /s/ Monica M. Littman
      RICHARD J. PERR, ESQUIRE (PA 72883)
      MONICA M. LITTMAN, ESQUIRE (PA 94134)
      One Liberty Place
      1650 Market St., Suite 4800
      Philadelphia, PA  19103-1628
      (v) 215.501.7002; (f) 215.405.2973
      rperr@kafumandolowich.com
      mlittman@kaufmandolowich.com
      Attorney for Defendant NRA Group, LLC

Dated: October 17, 2025

## CERTIFICATE OF SERVICE

I, MONICA M. LITTMAN, ESQUIRE, hereby certify that on this date I caused to be served a true and correct copy of the foregoing via CM/ECF on the following:

Jeremy C. Jackson, Esquire
Bower Law Associates, PLLC
403 South Allen Street, Suite 210
State College, PA 16801
jjackson@bower-law.com

Attorney for Plaintiff

Anthony I. Paronich, Esquire
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Pro Hac Vice Attorney for Plaintiff


/s/ Monica M. Littman
MONICA M. LITTMAN, ESQUIRE

Dated:  October 17, 2025