IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN HARTOONIAN, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : : | No. 1:25-cv-01652-KMN (District Judge Keli M. Neary) |
| NRA GROUP, LLC, | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this _____ day of _____, 2025, upon Defendant NRA Group, LLC's ("Defendant") Motion to Extend the Time for Defendant to Answer, Move, or Otherwise Plead to Plaintiff's Complaint; opposition, if any; argument of counsel, if any; and for good cause shown, it is hereby.

**ORDERED** that said Motion is **GRANTED**.

It is further **ORDERED** that the deadline for Defendant to answer move, or otherwise plead to Plaintiff's Complaint (Doc. 1) is extended to November 6, 2025.

_____
J.

1