## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN HARTOONIAN, individually   :   CIVIL ACTION
and on behalf of all others similarly   :
situated,   :
            Plaintiff,   :
       v.   :   No. 1:25-cv-01652-KMN
  :   (District Judge Keli M. Neary)
NRA GROUP, LLC,   :
  :
         Defendant.   :

## ORDER

**AND NOW**, this 17th day of October, 2025, upon Defendant NRA Group, LLC's ("Defendant") Motion to Extend the Time for Defendant to Answer, Move, or Otherwise Plead to Plaintiff's Complaint; opposition, if any; argument of counsel, if any; and for good cause shown, it is hereby.

**ORDERED** that said Motion is **GRANTED**.

It is further **ORDERED** that the deadline for Defendant to answer move, or otherwise plead to Plaintiff's Complaint (Doc. 1) is extended to November 6, 2025.

/s/ Keli M. Neary
_____
                                     J.