# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN HARTOONIAN, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 1:25-cv-01652-KMN (District Judge Keli M. Neary) |
| NRA GROUP, LLC, | : : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel for Defendant NRA GROUP, LLC in the above-captioned matter.

                                Respectfully submitted:

                                **KAUFMAN DOLOWICH LLP**

           By:   /s/ Richard J. Perr
                    RICHARD J. PERR, ESQUIRE (PA 72883)
                    MONICA M. LITTMAN, ESQUIRE (PA 94134)
                    One Liberty Place
                    1650 Market St., Suite 4800
                    Philadelphia, PA  19103-1628
                    (v) 215.501.7002; (f) 215.405.2973
                    rperr@kafumandolowich.com
                    mlittman@kaufmandolowich.com
                    Attorneys for Defendant NRA Group, LLC

Dated:   October 20, 2025

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on this date I caused to be served a true and correct copy of the foregoing via CM/ECF on the following:

Jeremy C. Jackson, Esquire
Bower Law Associates, PLLC
403 South Allen Street, Suite 210
State College, PA 16801
jjackson@bower-law.com

Attorney for Plaintiff

Anthony I. Paronich, Esquire
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Pro Hac Vice Attorney for Plaintiff

/s/ Richard J. Perr
RICHARD J. PERR, ESQUIRE

Dated:  October 20, 2025