IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN HARTOONIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NRA GROUP, LLC<br><br>Defendant. | Case No.  1:25-cv-01652-KMN<br><br>**JURY TRIAL DEMANDED** |

## **PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE RULE 16 CONFERENCE**

Plaintiff, by and through undersigned counsel, respectfully moves this Honorable Court to continue the Rule 16 Conference currently scheduled for November 5, 2025, by one week, to November 12, 2025, at the same time. In support of this motion, Plaintiff states as follows:

1. The Court previously scheduled the Rule 16 Conference for November 5, 2025, at 10:30 a.m.

2. Counsel for Plaintiff has an unavoidable scheduling conflict on that date.

3. Plaintiff therefore respectfully requests that the Rule 16 Conference be continued by one week, to November 12, 2025, at 10:30 a.m., or another date convenient for the Court.

4. Counsel for Defendant has been consulted and consents to this request.

WHEREFORE, Plaintiff respectfully requests that the Court grant this unopposed motion and continue the Rule 16 Conference to November 12, 2025, at 10:30 a.m., or to another date and time convenient to the Court.

RESPECTFULLY SUBMITTED AND DATED this November 2, 2025.

        Plaintiff,
        By Counsel,

        By: */s/ Anthony Paronich*
        Anthony I. Paronich
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        (617) 485-0018
        anthony@paronichlaw.com