# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN HARTOONIAN, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : : | No. 1:25-cv-01652-KMN (District Judge Keli M. Neary) |
| NRA GROUP, LLC, | : : | |
| Defendant. | : | |

## DEFENDANT NRA GROUP, LLC'S ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR TRIAL BY JURY

Defendant NRA Group, LLC ("Defendant"), by and through its undersigned counsel, now answers the Class Action Complaint (Doc. 1) of Plaintiff Allen Hartoonian ("Plaintiff") and asserts the following:

1. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

2. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

3. Denied. Defendant denies that Defendant engages in telemarketing. The remaining allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

1

4. Denied. Defendant denies that Defendant engages in telemarketing. The remaining allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

## PARTIES

5. Denied. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, if any, contained in this Paragraph of Plaintiff's Complaint, and therefore denies the same.

6. Admitted in part; denied in part. Defendant admits it has an office in Pennsylvania and that it is limited liability company. The remaining allegations in this Paragraph, if any, are denied as they call for a legal conclusion to which no response is required.

## JURISDICTION AND VENUE

7. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

8. Admitted in part; denied in part. Defendant admits that it has an office in Pennsylvania. The remaining allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

9. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

## BACKGROUND

10. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

11. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

12. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

13. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

14. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

## FACTUAL ALLEGATIONS

15. Denied. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, if any, contained in this Paragraph of Plaintiff's Complaint, and therefore denies the same.

16. Admitted in part; denied in part. Defendant admits it placed a call on October 11, 2023 to a telephone number ending in 5201 intending to reach someone other than Plaintiff. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, if any, contained in this Paragraph of Plaintiff's Complaint, and therefore denies the same.

17. Denied.

18. Denied. The terms of the message set forth in Paragraph 18 of Plaintiff's Complaint speak for themselves and Defendant denies all characterizations of the same. Further, the allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

19. Denied. The terms of the message referred to in Paragraph 19 of Plaintiff's Complaint speak for themselves and Defendant denies all characterizations of the same. Further, the allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

20. Denied.

21. Denied.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Denied.

28. Denied.

29. Denied.

30. Admitted.

31. Denied. The terms of the email set forth in this Paragraph of Plaintiff's Complaint speak for themselves and Defendant denies all characterizations of the same.

32. Denied. The terms of the email referenced in this Paragraph of Plaintiff's Complaint speak for themselves and Defendant denies all characterizations of the same.

33. Denied. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, if any, contained in this Paragraph of Plaintiff's Complaint, and therefore denies the same.

34. Denied. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, if any, contained in this Paragraph of Plaintiff's Complaint, and therefore denies the same.

35. Denied.

## CLASS ALLEGATIONS

36. Defendant repeats its responses to all the allegations contained in Paragraphs 1 through 35 above and incorporates them as if specifically set forth at length herein.

37. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

38. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

39. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

40. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

41. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

42. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

43. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

44. Denied.

45. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

46. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

47. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

48. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

49. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

50. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

51. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

52. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

53. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

54. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

55. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

56. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

57. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

58. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

59. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

60. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

61. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

62. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

63. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

64. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

## COUNT I

65. Defendant repeats its responses to all of the allegations contained in Paragraphs 1 through 64 above and incorporates them as if specifically set forth at length herein.

66. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

67. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

68. Denied. The allegations in this Paragraph, if any, are denied as a legal conclusion to which no response is required.

**WHEREFORE**, Defendant requests that this Court dismiss Plaintiff's Complaint in its entirety with prejudice, and award Defendant its reasonable attorney's fees and costs incurred in defending this action. Defendant further requests that this Court deny any other requested damages, fees, costs, other legal and equitable relief, and award such other relief as the Court deems just and equitable.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff's claims may be barred by the statute of limitations.

3. Defendant respectfully reserves the right to assert any additional affirmative defenses that may be revealed during the course of discovery.

## DEMAND FOR A TRIAL BY JURY

Defendant demands a trial by jury under Federal Rule of Civil Procedure 38 for all issues so triable.

                Respectfully Submitted:

                **KAUFMAN DOLOWICH, LLP**

BY:   /s/ Monica M. Littman
        RICHARD J. PERR, ESQUIRE (PA 72883)
        MONICA M. LITTMAN, ESQUIRE (PA 94134)
        One Liberty Place
        1650 Market Street, Suite 4800
        Philadelphia, PA 19103
        Telephone: (215) 501-7002
        Facsimile: (215) 405-2973
        rperr@kaufmandolowich.com
        mlittman@kaufmandolowich.com
        Attorneys for Defendant
        NRA Group, LLC

Dated:  November  6, 2025

## **CERTIFICATE OF SERVICE**

I, MONICA M. LITTMAN, ESQUIRE, hereby certify that on this date I caused to be served a true and correct copy of the foregoing via CM/ECF on the following:

Jeremy C. Jackson, Esquire
Bower Law Associates, PLLC
403 South Allen Street, Suite 210
State College, PA 16801
jjackson@bower-law.com

Attorney for Plaintiff

Anthony I. Paronich, Esquire
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Pro Hac Vice Attorney for Plaintiff

/s/ Monica M. Littman
MONICA M. LITTMAN, ESQUIRE

Dated:  November 6, 2025