# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN HARTOONIAN, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : : | No. 1:25-cv-01652-KMN (District Judge Keli M. Neary) |
| NRA GROUP, LLC, | : : | |
| Defendant. | : | |

## CORPORATE DISCLOSURE STATEMENT

Please check one box:

☒ The nongovernmental corporate party, NRA GROUP, LLC, in the above listed civil action does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

        Respectfully submitted:

        **KAUFMAN DOLOWICH LLP**

By: /s/ Monica M. Littman
     RICHARD J. PERR, ESQUIRE (PA 72883)
     MONICA M. LITTMAN, ESQUIRE (PA 94134)
     One Liberty Place
     1650 Market St., Suite 4800
     Philadelphia, PA  19103-1628
     (v) 215.501.7002; (f) 215.405.2973
     rperr@kafumandolowich.com
     mlittman@kaufmandolowich.com
     Attorneys for Defendant NRA Group, LLC

Dated:  November 5, 2025

## CERTIFICATE OF SERVICE

I, MONICA M. LITTMAN, ESQUIRE, hereby certify that on this date I caused to be served a true and correct copy of the foregoing via CM/ECF on the following:

Jeremy C. Jackson, Esquire
Bower Law Associates, PLLC
403 South Allen Street, Suite 210
State College, PA 16801
jjackson@bower-law.com

Attorney for Plaintiff

Anthony I. Paronich, Esquire
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Pro Hac Vice Attorney for Plaintiff

/s/ Monica M. Littman
MONICA M. LITTMAN, ESQUIRE

Dated: November 5, 2025