# KAUFMAN DOLOWICH

Kaufman Dolowich LLP

One Liberty Place
1650 Market Street, Suite 4800
Philadelphia, PA 19103

*Monica M. Littman, Esquire*
*Email: mlittman@kaufmandolowich.com*

Telephone: 215.501.7002
Facsimile: 215.405.2973
www.kaufmandolowich.com

June 1, 2026

<u>**Via CM/ECF**</u>

The Honorable Keli M. Neary
District Judge, United States District Court
Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

> **Re:    Allen Hartoonian, individually and on behalf of all others similarly situated,**
> **v. NRA Group, LLC,**
> **U.S.D.C., M.D. Pa – Civil Action No. 1:25-cv-01652-KMN**

Dear Judge Neary:

I represent Defendant NRA Group, LLC ("Defendant") in this action. I have conferred with counsel for Plaintiff Allen Hartoonian ("Plaintiff") as set forth in the November 17, 2025 Case Management Order regarding mediation. (Doc. 16 at ¶ 1).  Plaintiff and Defendant agree to participate in a private mediation in this case.  The parties are currently conferring regarding the selection of a mediator.  The parties anticipate selecting a mediator by June 15, 2026.

The parties will let the Court know of the date of the mediation once it has been selected.

Respectfully,

/s/ Monica M. Littman
MONICA M. LITTMAN

cc:    All Counsel of Record (via CM/ECF)

4901-3146-8721, v. 1