**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLEN HARTOONIAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NRA GROUP, LLC <br><br> Defendant. | Case No.   1:25-cv-01652-KMN <br><br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

Plaintiff Allen Hartoonian ("Plaintiff") by and through undersigned counsel, respectfully submit this Motion to Extend Case Management Deadlines and state as follows:

1.      Pursuant to the Court's Case Management Order (Doc. 16), fact discovery is currently scheduled to close on July 1, 2026, with expert discovery and dispositive motion deadlines to follow.

2.      Since the entry of the Case Management Order, the Parties have diligently litigated this matter. The Parties have exchanged written discovery, produced documents, engaged in numerous meet-and-confer discussions regarding outstanding discovery issues, completed Plaintiff's deposition, and prepared for Defendant's Rule 30(b)(6) deposition.

3.      Shortly before the close of fact discovery, the Parties mutually agreed to reschedule Defendant's Rule 30(b)(6) deposition in light of scheduling conflicts and ongoing efforts to resolve certain discovery issues without Court intervention. The Parties anticipate promptly completing that deposition during the requested extension period.

4.      The Parties have also been engaged in discussions concerning private mediation. They are currently in the process of selecting an experienced mediator and anticipate completing

1

that selection within the coming week. Subject to the mediator's availability, the Parties are aiming to conduct a remote mediation before the end of August 2026.

5.    This Court's Case Management Order states that "any request for extension of the discovery deadline must be made at least 14 days prior to the close of discovery. Requests for extensions of the above time periods will not be granted except for good cause." (Doc. 16 at ¶ 3). The Parties sincerely apologize to this Court for not submitting this Motion by the deadline listed in Paragraph 3 of the Case Management Order.

6.    The Parties respectfully submit that there is good cause to extend the remaining deadlines in this case. The Parties believe that a sixty (60)-day extension of the remaining deadlines will permit completion of the remaining discovery, allow the Parties to participate in mediation before incurring substantial expert and dispositive motion practice, and may eliminate or substantially narrow the issues requiring further litigation. Accordingly, the requested extension will promote judicial economy and conserve the resources of both the Court and the Parties.

7.    This request is made jointly, in good faith, and not for purposes of delay.

8.    Accordingly, the Parties respectfully request that the Court amend the scheduling order as follows:

| Deadline | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Close of Fact Discovery | July 1, 2026 | **August 31, 2026** |
| Affirmative Expert Reports | August 5, 2026 | **October 5, 2026** |
| Responsive Expert Reports | September 2, 2026 | **November 2, 2026** |
| Supplemental Expert Reports | September 16, 2026 | **November 16, 2026** |
| Dispositive Motions and Daubert Motions | October 7, 2026 | **December 7, 2026** |
| Motion for Class Certification | October 7, 2026 | **December 7, 2026** |

9.    WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant this Joint Motion, extend the foregoing deadlines as set forth above, and grant such other and further relief as the Court deems just and proper.

## CERTIFICATE OF CONCURRENCE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1 of the Local Rules of Court for the United States District Court for the Middle District of Pennsylvania, the undersigned counsel for Plaintiff Allen Hartoonian hereby certifies as follows:

1. The undersigned has conferred with Monica M. Littman, Esquire, of Kaufman Dolowich, counsel for Defendant NRA Group, LLC, regarding the relief sought in the accompanying Joint Motion to Extend Case Management Deadlines.

2. Counsel for Defendant has authorized the undersigned to represent that Defendant concurs in, and joins as a movant with respect to, the relief requested in the Joint Motion to Extend Case Management Deadlines.

3. Accordingly, this Motion is submitted jointly, with the full concurrence of all parties to this action, and no party opposes the relief requested.

Respectfully submitted this 1st day of July, 2026.

On behalf of Plaintiff:

*/s/ Anthony Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

3