## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN HARTOONIAN, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> *v.* <br><br> NRA GROUP, LLC <br><br> *Defendant.* | Case No. 1:25-cv-01652-KMN <br><br><br> JURY TRIAL DEMANDED |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

AND NOW, this _____ day of _____, 2026, upon consideration of the

Plaintiff's Unopposed Motion to Extend Case Management Deadlines, and the accompanying

Certificate of Concurrence filed pursuant to Local Rule 7.1, and for good cause shown, IT IS

HEREBY ORDERED that:

1.  The Joint Motion to Extend Case Management Deadlines is GRANTED.

2.  The case management deadlines previously set forth in the Court's Case Management

    Order (Doc. 16) are amended as requested in the Parties' Motion.

3.  All other terms and conditions of the Court's Case Management Order (Doc. 16) not

    amended herein shall remain in full force and effect.

BY THE COURT:

_____

Keli M. Neary
United States District Judge
Middle District of Pennsylvania