**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALLEN HARTOONIAN, individually** | : | **CIVIL ACTION NO. 1:25-CV-1652** |
| **and on behalf of all other similarly** | : | |
| **situated,** | : | **(Judge Neary)** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NRA GROUP, LLC,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 2nd day of July, 2026, upon consideration of the parties'

joint motion (Doc. 21) for an extension of case management deadlines, and for good

cause shown, <u>see</u> FED. R. CIV. P. 16(b)(4), it is hereby ORDERED that:

1.  The joint motion (Doc. 21) is GRANTED as set forth below.

2.  The dates and deadlines applicable to the discovery and dispositive
    motion phase of the above-captioned civil action are amended as
    follows:

    | | |
    |---|---|
    | **Fact Discovery:** | September 2, 2026 |
    | **Affirmative Expert Reports:** | October 7, 2026 |
    | **Responsive Expert Reports:** | November 4, 2026 |
    | **Supplemental Expert Reports:** | November 18, 2026 |
    | **Dispositive Motions *and*** | |
    | **Supporting Briefs:** | December 2, 2026 |
    | **Motion for Class Certification:** | December 2, 2026 |

3.  Any request for extension of the discovery deadline must be made at
    least 14 days prior to the close of discovery.  Requests for extensions
    of the above time periods will not be granted except for good cause.

4.  Any request for extension of the above time periods must be made by
    motion in conformity with Local Rules 5.1(g), 7.1, and 7.5 and must be
    signed by counsel in conformity with the Civil Justice Reform Act of
    1990, 28 U.S.C. § 473(b)(3).  Counsel shall not mutually agree to

extend any time periods covered by this order, the Federal Rules of Civil Procedure, or the Local Rules of Court without court approval.

5.   If dispositive motions are not filed by the deadline established in paragraph 2, the court will schedule a telephonic conference call with the parties to discuss pretrial and trial scheduling.  If the parties determine in advance of the dispositive-motion deadline that no such motions will be filed, the parties shall so notify the court.

6.   All other aspects of the court's case management order and civil practice order shall remain in full force and effect.


/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania