**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

ALLEN HARTOONIAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NRA GROUP, LLC

Defendant.

Case No. 1:25-cv-01652-KMN

**JURY TRIAL DEMANDED**

## Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

RESPECTFULLY SUBMITTED AND DATED this August 20, 2026.

Plaintiff,
By Counsel,

By: */s/ Anthony Paronich*

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com